# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

CRETA MAY DANIEL, et al.   *
        PLAINTIFF,   *
    *
vs   * CASE NO. 5:15-cv-00101-AKK
    *
CULLMAN COUNTY COURT REFERRAL,   *
LLC, et al.   *
        DEFENDANT(s).   *

    **COMES NOW,** the Plaintiff(s) by and through their attorney of record, Melvin Hasting, and supplements the amendment to the previously filed complaint, and alleges the following:

1) The plaintiffs in this matter are to include Misty Nail, Misty Creel and Juvenile #1 A.D.P. and Juvenile #2 P.F.M.

2) The plaintiff(s) Nail and Creel are all over the age of 19 years and are bona fide citizens of Cullman County and/or residents and citizens of the State of Alabama and/or persons subjected to drug treatment, assessment, and monitoring pursuant to a court order or under the direction of the various prosecution offices within the State of Alabama.

3) Plaintiff Juvenile #1 A.D.P. is under the age of 18 at this time and during the time that the plaintiff was subjected to sexual exploitation by the Defendant Winfred Eugene Vance, Jr., while he was employed at Cullman County Court Referral, LLC and while on the premises of Cullman County Court Referral.

4) Plaintiff Juvenile #2 P.F.M. is over the age of 19, but her claims of sexual exploitation at the hands of Vance occurred during the time that she was under the age of 18, and therefore, it would be inappropriate to disclose her identity to the public.

5) That Juvenile(s) #1 A.D.P. and #2 P.F.M. were directed to attend and participate in the court referral program at Cullman County Court Referral by either Juvenile Probation of Cullman County and/or as a part of a dependency action in which they were involved.

6) That Juvenile(s) #1 A.D.P. and #2 P.F.M. were directed by Defendant Vance to disrobe before him while they were providing a urine sample that he DIRECTLY observed.

7)  That Defendant Vance used his position of authority to direct Juvenile(s) #1 A.D.P. and #2 P.F.M. to comply with his commands.

8)  That Defendant Vance acted under the color of the State as a "court referral officer" and abused his position of authority over the various participants in the Cullman County Court Referral Program, especially women and the juvenile plaintiff(s) in this matter to coerce and intimidate his victims to comply with his demands.

9)  This all occurred while he was employed and under the control of the Defendants Keller, Sharpton and Cullman County Court Referral, LLC.

10) That these plaintiff(s) were deprived of their civil rights as alleged in the complaint for the other named and unnamed plaintiffs.

11) The aforementioned Plaintiff(s) re-aver, allege, and adopts all previous provisions, paragraphs and allegations contained within the complaint previously filed in this matter.

12) The allegations set forth in the previous complaint and adopted herein which involve the aforementioned plaintiff(s) all occurred in Cullman County.

WHEREFORE, Plaintiff(s) demand judgment against Defendants, both jointly and severally, in an amount which will fully compensate them for their damages, losses and injuries, to be determined by the trier of fact, plus interest, attorney fees and costs plus punitive damages in the amount of ten million dollars ($10,000,000.)

Done this 26th day of January, 2015.

s/Melvin Hasting
Melvin Hasting, (HAS016)
Attorney for Plaintiff(s)
407 2nd Ave SW
P.O. Box 517
Cullman, Al 35056-0517
(256) 736-2230

**Certificate of Service**

I hereby certify that a copy of the foregoing has served upon the Defendant(s) Cynthia Keller Shabel, Lisa Sharpton and Cullman C.R.O., and Winfred Eugene Vance, Jr. by mailing a copy of the same in the U.S. Mail, postage prepaid.
This the 26th day of January, 2015

s/Melvin Hasting
Melvin Hasting, (HAS016)